IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:06cr240 |
| | ) | Electronic Filing |
| SRIKANTH RAGHUNATHAN | ) | |

## ARRAIGNMENT PLEA

Defendant SRIKANTH RAGHUNATHAN being arraigned, pleads GUILTY to Count One in open court this 29th day of September, 2006.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)