AO 245C   (Rev. 12/03) Third Amended Judgment in a    (NOTE: Identify Changes with Asterisks (*))
          Criminal Case                               (See Corrections on Page 1)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        THIRD AMENDED JUDGMENT
        IN A CRIMINAL CASE

V.

**PADMASHRI SAMPATHKUMAR**

Case Number 2:06cr00240-002
Mark A. Rush, Esquire
Defendant's Attorney

Date of Original Judgment:   May 9, 2007
Reason for Amendment:
X   Correction of Nature of Offense Section for Clerical Mistake (Fed. R. Crim. P. 36) -
    See correction on Page 1.

THE DEFENDANT:

X   pleaded guilty to Count One.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title and Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 USC § 1014 | **\*False Statement in Connection with a Loan Application from a Federally Insured Financial Institution\*** | 6/2004 | One |

The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   It is ordered that the defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

08509-068
Defendant's USM No.

May 4, 2007
Date of Imposition of Sentence

*DJ Cercone*
Signature of Judicial Officer
DAVID STEWART CERCONE
U.S. District Judge

10/25/11
Date

Defendant: PADMASHRI SAMPATHKUMAR    Third Amended Judgment--Page 2 of 6
Case Number: 2:06cr00240-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 40 months at Count 1.

_X_   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

_____ at _____,

with a certified copy of this Judgment.

_____
United States Marshal

By_____
    Deputy Marshal

Defendant: PADMASHRI SAMPATHKUMAR    Third Amended Judgment--Page 3 of 6
Case Number: 2:06cr00240-002

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Five (5) years at Count 1.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

_X_ The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

_X_ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

___ The defendant shall cooperate in the collection of DNA as directed by the probation officer.

_X_ Additional conditions:

1. The defendant shall not illegally possess a controlled substance.

2. The defendant shall pay any remaining restitution through monthly installments of not less than five (10%) percent of her gross monthly income to commence within sixty (60) days from defendant's release from custody of the Bureau of Prisons.

3. The defendant shall provide the probation officer with access to any requested financial information.

4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

5. The defendant shall notify the U.S. Attorney in this district within thirty (30) days of any change of residence or mailing address that occurs while any portion of the restitution remains unpaid.

For offenses committed on or after September 13, 1994:

___ The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

_X_ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

Defendant: PADMASHRI SAMPATHKUMAR     Third Amended Judgment--Page 4 of 6
Case Number: 2:06cr00240-002

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state or local crime;
2) The defendant shall not leave the judicial district without the permission of the court or probation officer;
3) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) The defendant shall support his or her dependents and meet other family responsibilities;
6) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) The defendant shall not frequent places where controlled substances are illegally sold used, distributed, or administered;
10) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history of characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**These conditions are in addition to any other conditions imposed by this Judgment.**

Upon finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

All of the conditions listed in this order have been read to me. I fully understand the conditions and have been provided a copy of them.

_____     _____
(Signature)                         (Date)

_____     _____
U.S. Probation Officer/Designated Witness     (Date)

Defendant: PADMASHRI SAMPATHKUMAR       Third Amended Judgment--Page 5 of 6
Case Number: 2:06cr00240-002

**RESTITUTION, FORFEITURE, OR
OTHER PROVISIONS OF THE JUDGMENT**

X The defendant shall make restitution to the following persons in the following amounts:

Allegheny Valley Bank
Attn: Mary Lou Ries
5137 Butler Street
Pittsburgh, PA 15201-2699
Amount: $199,831.02

American Enterprise Leasing
600 North Buffalo Grove Road
Grove, IL 60089
Amount: $60,000.00

Cal First/CIT
1540 West Fountainhead Parkway
Tempe, AZ 85282
Amount: $310,630.62

Citicapital
P. O. Box 9592
Uniondale, NY 11555-9592
Amount: $102,078.00

Citicorp Vendor Finance
8001 Ridgepointe Drive
Irving, TX 75063
Amount: $ 21,243.72

Direct Capital Corp.
P. O. Box 371992
Pittsburgh, PA 15250
Amount: $23,952.00

Enterprise Funding Group
P.O. Box 20
Franklin, TN 37065-0020
Amount: $18,000.00

Financial Pacific Leasing
3455 S. 344th Way #300
Federal Way, WA 98001
Amount $19,800.00

First Merit Bank
Attn: Mark A. Lindsay
Two Gateway center
Pittsburgh, PA 15222
Amount: $2,969,694.00

First Personal Bank
Attn: George Cvack
14701 Ravinia Avenue
Orland Park, IL 60462
Amount: $140,919.22

GE Capital
P.O. Box 642752
Pittsburgh, PA 15264
Amount: $136,337.62

GMAC
7671 Collection Center Drive
Chicago, IL 60693
Amount: $1,991,914.59

Greater Bay Bank
100 Tri-State International
Suite 140
Lincolnshire, IL 60069
Amount: $23,180.00

Hewlett-Packard Financial Services Co.
420 Mountain Avenue
Murray Hill, NJ 07974
Amount: $38,192.00

Global Finance
P.O. Box 550599
Jacksonville, FL 32255-0599
Amount: $32,850.00

Iron & Glass Bank
600 Castle Shannon Boulevard
Pittsburgh, PA 15234
Amount: $178,864.32

Key Equipment Finance
100 South McCaslin Blvd.
Superior, CO 80027
Amount: $845,343.00

M&T Bank
P. O. Box 1358
Buffalo, NY 14240-1358
Amount: $53,650.90

Marlin Leasing
C/0 Samuel Fineman, squire
300 Fellowship Road
Mt. Laurel NJ 08054
Amount: $26,240.00

Netbank Business Finance
Custodian of Records
P. O. Box 2597
Columbia, SC 29202
Amount: $170,166.60

Defendant: PADMASHRI SAMPATHKUMAR          Third Amended Judgment--Page 6 of 6
Case Number: 2:06cr00240-002

Relational Funding
923 Main Street
P.O. Box 231
Manchester, CT 06045-0231
Amount: $210,780.00

Republic Bank
c/o Scott Clark
P. O. Box 45385
Salt Lake City, UT 85145-0385
Amount: $1,370,600.00

Santa Barbara Bank & Trust
Attn: Victoria Geen
1021 Anacarpa
Santa Barbara, CA 93101
Amount: $4,423.00

Sterling International
500 Seventh Avenue, 11th Floor
New York, NY 10018
Amount: $24,240.00

Thermo Electron
3417 Collection Center Drive
Chicago, IL 60693
Amount: $21,600.00

Twon & Country Leasing
Attn: Chris Miller
1097 Commercial Avenue
East St. Petersburg, PA 17520
Amount: $135,464.75

Trinity Capital Corp.
Attn: Legal Dept.
P.O. Box 515487
Los Angeles, CA 90051-6787
Amount: $233,309.37

U.S. Bancorp Equipment Lease
13010 S.W. 68th Parkway
Portland, OR 97223
Amount: $865,974.76

U.S. Express Leasing
Bill Carey, General Counsel
300 Lanidex Plaza, Second Floor
Parsippany, NJ 07054
Amount: $35,400.00

Vision Financial
P. O. Box 691796
Cincinnati, OH 45269-1796
Amount: $422,170.85

Wells Fargo Equipment Finance
733 Marquette Avenue, Suite 300
Minneapolis, MN 55479-2048
Amount: $1,659.00

Wesbanco Bank, Inc.
One Bank Plaza
Wheeling, WV 26003
Amount: $14,985.66

Payments of restitution are to be made to:

   _X_  Clerk, U. S. District Court, for transfer to the payee.

Restitution shall be paid:

   _X_  in installments according to the following schedule of payments:

   The defendant shall make restitution payments from any wages she earns while in prison in accordance with the Bureau of Prisons' Financial Responsibility Program through which fifty (50%) percent of her salary shall be applied to restitution. Any portion of restitution that is not paid in full at the time of defendant's release from imprisonment shall become a condition of supervision. While on supervision, the defendant shall pay any remaining restitution through monthly installments of not less than ten (10%) percent of her gross monthly income.

   The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f) and may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

_X_  The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

   _X_  The interest requirement is waived.

Any payment shall be divided proportionately among the payees named unless otherwise specified here.